United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 14, 2022

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-676** |
| **ROUNDPOINT MORTGAGE SERVICING** | § | |
| **CORPORATION** | § | |

### ORDER IMPOSING SANCTIONS FOR FAILURE TO APPEAR
### AGAINST ROUNDPOINT MORTGAGE SERVICING CORPORATION
### AND REQUIRING COMPLIANCE WITH BANKRUPTCY RULE 9036

On October 10, 2022, the Court issued its Order requiring the above referenced entity to appear at a status conference on November 14, 2022. Electronic appearance was permitted. On November 14, 2022, the Court called this matter for a hearing and there was no appearance.

The purpose of this proceeding is to assure that bankruptcy notices and orders are properly delivered to parties-in-interest in bankruptcy cases in accordance with Bankruptcy Rule 9036. The named entity was allowed to obviate the need for the hearing merely by complying with Bankruptcy Rule 9036 and registering for electronic noticing. However, no statement of compliance has been filed in this miscellaneous proceeding.

The Court orders:

1. A sanction for failure to appear is imposed against the above-referenced entity. The purpose of the sanction is to coerce compliance with Bankruptcy Rule 9036. The amount of the sanction is $100.00 per day. The first sanction will be imposed on January 3, 2023 and will be imposed daily (including weekends) until the above referenced entity complies with Bankruptcy Rule 9036. The sanction is payable to the clerk of the Court.

2. The above-referenced entity is ordered to comply with Bankruptcy Rule 9036.

3. The sanctions imposed by this order will be waived if the above referenced entity files a notice of compliance on this proceeding's docket sheet by December 31, 2022. Otherwise, the sanctions will continue to be imposed on a daily basis and will not be waivable.

SIGNED 11/14/2022

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                                    Case No. 22-00676-mi

ROUNDPOINT MORTGAGE SERVICING CORPORATIO                        Chapter

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                                        User: ADIuser                                        Page 1 of 1

Date Rcvd: Nov 14, 2022                              Form ID: pdf002                                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| inre | ROUNDPOINT MORTGAGE SERVICING CORPORATION, 5016 PARKWAY PLAZA BLVD, CHARLOTTE, NC 28217-1932 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022                              Signature:        /s/Gustava Winters